UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HENRY T. LOCKLEAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| V. ) | **CASE NO. 7:16-CV-344-D** |
| ) | |
| FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION and WELLS FARGO ) | |
| BANK, N.A., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Wells Fargo's motion to dismiss [D.E. 16] and DISMISSES the action for lack of subject-matter jurisdiction. Alternatively, Locklear has failed to state a claim upon which relief can be granted. Locklear's motion to have the pro bono panel review the case for consideration [D.E. 20] is DENIED as moot.

**This Judgment Filed and Entered on May 2, 2017, and Copies To:**

| | |
|---|---|
| Tressa Metcalf | (Sent to 160 Denton Road Lumberton, NC 28358 via United States Mail) |
| Baxter Chad Ewing | (via CM/ECF Notice of Electronic Filing) |

DATE:                          PETER A. MOORE, JR., CLERK

May 2, 2017               (By)  /s/ Nicole Briggeman
                                          Deputy Clerk